

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Gavino Tapia Bergara<br>DEFENDANT(S). | CASE NUMBER<br>8:20-MJ-00730<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for ____Friday, November 13_____, 2020____, at _10:00_____ ☒ a.m. / ☐ p.m. before the Honorable _Autumn D. Spaeth_____, in Courtroom _10D_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __11/5/2020__

U.S. ~~District Judge~~/Magistrate Judge
AUTUMN D. SPAETH